IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUIS CARLOS PENA-MARQUEZ,

    Movant,

vs.                                        No. CV 16-00353 JGC/GJF
                                                No. CR 15-04047 JGC

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

**THIS MATTER** came before the Court on the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed by Movant, Luis Carlos Pena-Marquez, on April 27, 2016. (CV Doc. 1; CR Doc. 19), and the Court having entered its Memorandum Opinion and Order denying the Motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that **JUDGMENT** is entered and the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed by Movant, Luis Carlos Pena-Marquez, on April 27, 2016. (CV Doc. 1; CR Doc. 19) is **DISMISSED** with prejudice.

                                                          /s/ James G. Carr
                                                      _____
                                                      UNITED STATES DISTRICT JUDGE